IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUIGLEY CORPORATION,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **TED KARKUS, et al.,** | : | |
| Defendants | : | NO. 09-2438 |

## ORDER

AND NOW this 29th day of May 2009, upon consideration of the Motion of Plaintiff, The Quigley Corporation, for Temporary Restraining Order and Preliminary Injunction (Doc. No. 3) and following a telephone conference on May 29, 2009, it is HEREBY ORDERED that until such time as the Court holds an evidentiary hearing on Plaintiff's Motion (Doc. No. 3):

1) The Quigley Corporation shall operate under a standstill agreement with respect to the composition of its Board of Directors and as further provided herein;

2) The Court appoints as Special Master in this matter Vincent F. Garrity, Esq., who may be assisted by Thomas G. Spencer, Esq.;[1]

3) No material or extraordinary financial or personnel transactions shall be undertaken or concluded by or on behalf of the Quigley Corporation without prior disclosure and consultation with Defendants and prior approval by the Special Master; and

---

[1] Mr. Garrity and, in his absence, Mr. Spencer may be contacted at Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196. Messrs. Garrity and Spencer will be compensated at a rate of no greater than $350 per hour for services rendered, after approval by the Court. A separate order with respect to the Special Master's appointment will be entered.

4)	This Order shall not prevent the scheduled certification of election results scheduled for Monday, June 1, 2009.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE