IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE QUIGLEY CORPORATION | : | CIVIL ACTION |
|---|---|---|
| vs. | : | |
| TED KARKUS, et al. | : | NO. 09-2438 |

## ORDER

AND NOW this 12th day of June 2009, for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that

1) Plaintiff Quigley Corporation's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 3) is DENIED;

2) The imposition of a "standstill" or status quo order as set forth in the Court's Order of May 29, 2009 (Doc. No. 6) is hereby LIFTED;

3) The service of the Special Master(s) authorized by the Court's May 29, 2009 (Doc. No. 6) and June 2, 2009 (Doc. No.8) Orders shall now cease, and the Special Master(s) shall promptly submit his or their statements for services rendered; and

4) The Court will issue a subsequent order concerning further scheduling in connection with this litigation.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge